IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00981-EWN-PAC

RONALD CLARK

    Plaintiff,

v.

MERCK & CO., INC.

    Defendant.

## ORDER GRANTING JOINT MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

This matter is before the Court on the Joint Motion To Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation [Dkt No. 9]. Upon consideration of the motion, the Court finds that it should be GRANTED. The Court hereby stays all pre-trial proceedings including all deadlines pursuant to the Federal Rules of Civil Procedure and Colo. Stat. Ann. 13-21-111.5 in this action, and vacates the July 10, 2006 Scheduling Conference, pending transfer to and pretrial proceedings in MDL No. 1657.

Dated: June 30, 2006

                                                  s/ Edward W. Nottingham
                                                United States District Judge